IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO ALVARADO-VASQUEZ,<br><br>Defendant. | Case No. 25-MJ-00200-SH-1 |

## OPINION AND ORDER

Before the Court is the government's Unopposed Motion to Dismiss Complaint without Prejudice. (Dkt. #19) and Motion to Supplement (Dkt. #23). The Court finds that the government's motion should be granted and the Complaint (Dkt. #1) against Alvarado-Vasquez is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of May 2025.

SUSAN E. HUNTSMAN
United States Magistrate Judge